IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Santana Brum, Fernando )<br>)<br>　Petitioner, )<br>)<br>vs. )<br>) | NO. 25-11624-WGY |
| Joseph D. McDonald, Jr., Sheriff )<br>Plymouth County Sheriff's Office, MA; )<br>) | |
| ) | Agency Case No.: A219 633 255 |
| 　Respondents ) | |
| ) | Motion for Brief<br>Continuance |
| _____ ) | |

　　This matter is currently scheduled for hearing on Petitioner's motion for an Order to Show Cause on June 18th, 2025, at 11:00 a.m. Respondent's response is due on June 12th, and Petitioner's reply on June 17th. Undersigned counsel has a conflict on the date of the hearing; he is scheduled to attend the annual conference of the American Immigration Lawyers Association in Denver, which, among other things, provides the requisite continuing legal education credits for the 2024/ 25 reporting year mandated by the bars of Rhode Island and New York in which

undersigned is licensed. As such, he will not be available for an in-person hearing on June 18th. Petitioner's counsel respectfully requests that the Court continue the hearing to June 23rd, 2025, or a date thereafter subject to the Court's availability. Undersigned conferred with counsel for Respondent, who consents to the request.

Respectfully submitted,

/s/Carl Hurvich/s/
Carl Hurvich (MA B.B.O.698179)
Brooks Law
10 High Street, Ste 3.
Medford, MA 02155
(617) 245 8090
Carl@Brookslawfirm.com

*Counsel for Petitioner*

## 7.1 CERTIFICATION

I, Carl Hurivch, hereby certify that I conferred with Respondent's counsel regarding this motion via email on June 12th and that Respondent kindly consented to the request.

Dated June 12th, 2025.                                    By: /s/ Carl Hurivch
                                                          CARL HURVICH
                                                          Counsel For Petitioner

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the NEF and paper copies to those not registered.

Dated: June 12th, 2025.              By: /s/ Carl Hurivch
                                                                 CARL HURVICH
                                                                 Counsel For Petitioner