UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FERNADO SANTANA BRUM,<br>    Petitioner,<br><br>v.<br><br>JOSEPH D. MCDONALD, JR.,<br>  Sheriff,<br>  Plymouth Sheriff's Office,<br><br><br>    Respondent. | Civ. No. 1:25-CV-11624-WGY |

# FIRST AMENDED VERIFIED PETITION FOR WRIT OF HABEAS CORPUS & HABEAS CORPUS AD PROSEQUENDUM ET TESTIFICANDUM PURSUANT TO 28 U.S.C. § 2241

## INTRODUCTION

1. Petitioner Fernando Santana Brum is a U.S. Immigration and Customs Enforcement ("ICE") detainee who seeks to attend his Massachusetts state court criminal proceeding.

2. Mr. Santana Brum has resided in the United States for approximately the past two years. On February 3, 2025 ICE detained Mr. Santana and has held him since that time at the Plymouth County Correctional Facility ("Plymouth").

3. Upon being taken into ICE custody, Mr. Santana Brum informed his attorney on numerous occasions of his March 10th, 2025 hearing in Barnstable District Court. However, he was not transported to Barnstable District Court and a default was entered against by the Barnstable District Court.

1

4. Mr. Santana Brum retained new counsel, who filed the present Petition and also requested that the Barnstable District Court issue a request that Mr. Santana Brum be made available for pre-trial hearings through Zoom and for trial date and evidentiary motions in person.

5. While it appears that a request for Mr. Santana Brum's participation in hearings has been issued by the Barnstable District Court for June 2025, he still fears that Respondent will not honor the request, in whole or part, either by failing to transport him in person for an eventual trial or by moving him out of this District, rendering it virtually impossible for him to complete his criminal proceedings.

6. Respondent's representations in his litigation have only confirmed these fears, as they state that they "anticipate" that they would comply with a request from a Commonwealth District Court, provided that there are no "intervening factors." Mr. Santaa Brum reasonably fears that "intervening factors" such as movement outside of this District, or distrust or misunderstanding between the Commonwealth and the Department of Homeland Security are virtually certain to arise and to prevent his meaningful participation in his defense of the serious charges against him.

7. Mr. Santana Brum therefore seeks a writ of habeas corpus *ad prosequendum* or, alternatively, a writ of habeas corpus *ad testificandum*, a conditional writ of habeas corpus or other order, to secure his appearance at any trial date or substantive hearing set in the future.

8. Before his arrest by ICE, Mr. Santana Brun was charged with Indecent Assault and Battery on a Person Over the Age of Fourteen. Mr. Santana Brum wishes to appear in the Barnstable District Court to defend himself against these charges.

9. Mr. Santana Brum's pre-trial hearing is scheduled to occur on June 25th, 2025. The Barnstable District Court issued a writ of habeas corpus (the "request"), ordering the Plymouth County Sheriff's Office (the "Plymouth Sheriff") to facilitate Mr. Santana Brum's appearance at trial.

10. On information and belief, ICE routinely "declines" to honor requests from Massachusetts Commonwealth Courts, often not providing any explanation unless and until federal litigation is initiated, see Exhibit A.

11. In addition, ICE will also frequently and without prior notice transport detainees to other facilities across the United States with no notice to family or counsel prior to the transportation. After a detainee is transported outside the district of pending criminal charges, transport to remote appearance at state court proceedings in another district is extremely difficult if not impossible to effectuate, Id.

12. Mr. Santana Brum is powerless to contest or resolve the pending criminal charge unless federal and state authorities arrange for his transportation to the Barnstable District Court. Meanwhile, Mr. Santana Brum is quadruply prejudiced by the pendency of the criminal proceedings against him because: (1) Immigration and Customs Enforcement detained Mr. Santana Brum as a direct result of these charges; (2) the pending charge forecloses Mr. Santana Brum's chances for obtaining discretionary release from detention; (3) the pending charges limit or foreclose all discretionary forms of relief from removal; and (4) if Mr. Santana Brum is removed, he will likely never be permitted to return to the United States to resolve his open criminal cases or to reunite with his family members who reside here.

## PARTIES

13. Petitioner Fernando Santana Brum was arrested by ICE in or near Barnstable, Massachusetts on February 3, 2025 after he was arraigned in Barnstable District Court. Prior to his arrest and detention by ICE, Mr. Santana Brum resided in the Commonwealth of Massachusetts. ICE has detained Mr. Santana Brum at the Plymouth County jail.

14. Respondent Joseph McDonald, Jr. is the Sheriff of the Plymouth County Sheriff's Office. The Plymouth Sheriff is located at 24 Long Pond Road, Plymouth, MA 02360. Respondent McDonald is named in his official capacity only.

## JURISDICTION AND VENUE

15. The U.S. District Court for the District of Massachusetts has jurisdiction and venue to issue a writ of habeas corpus *ad prosequendum* or *ad testificandum* in aid of a writ issued by the Massachusetts courts for an appearance in a state proceeding. *See* 28 U.S.C. § 2241(c)(5); *Barber v. Page*, 390 U.S. 719, 724 (1968); *Carbo v. United States*, 364 U.S. 611, 612-22 (1961); *see also* 28 U.S.C. §§ 1331, 1651.

## FACTS

16. Petitioner Fernando Santana Brum was born in Brazil in 1978 and entered the United States for the second time in 2023.

17. Mr. Santana Brum has a son who is a United States citizen and was born in 2008 on Cape Cod. Mr. Santana Brum is currently divorced.

18. In January of 2025, he was hired to help two women move from a shelter that all three of them were staying in. He recalls that one of the women made strange comments to him about his immigration status and her sexual history. He maintains that he dropped her off at McDonald's in Hayanisport and never saw her again.

4

19. Several days later on or about January 30th, he was arrested and arraigned for Indecent Assault and Battery. He learned that these allegations were made by the women who hired him to help her move and asked him questions about his immigration status. He denies any sexual contact with her.

20. ICE arrested Mr. Santana Brum on February 3, 2025 after he was arraigned in Barnstable District Court. ICE claims that the charges are a violation of the "Order of Recognizance" that he was issued in 2023 shortly after his entry into the United States. He was detained at the Plymouth jail, which houses federal civil immigration detainees under a contract with ICE.

21. Mr. Santana was unable to secure his transportation to his pretrial hearing on Mar 10, 2025 and a default warrant was entered against him.

22. A continued pre-trial hearing has been scheduled for June 25th 2025.

23. The Barnstable District Court has issued a writ for his appearance on that date.

24. He has no assurances from ICE that it will honor the writ or that they will keep him in the Commonwealth of Massachusetts until his next hearing date or through his trial. Nor that ICE will provide him any notification or opportunity to contest any plans to remove him from the District.

25. If Mr. Santana Brum is not transported to the Barnstable District Court in accordance with the pending writ, there is a grave risk that Mr. Santana Brum's rights will be violated, including his constitutional rights to due process, to a speedy trial, to have effective assistance of counsel, to be confronted with the witnesses against him, to be present at his own trial, and (if he chooses) to testify at his own trial.

26. If Mr. Santana Brum is ultimately removed from the United States while this charge is pending, he will have no opportunity to resolve the charge while abroad and he would face a 10-year bar to his return. *See* 8 U.S.C. § 1182(a)(9). Even if Mr. Santana Brum applies for a waiver of inadmissibility or becomes eligible at a later time to request admission to the United States, immigration or consular officials could exercise their discretion to deny Mr. Santana Brum such a waiver or visa on the basis of his unresolved Indecent Assault and Battery Charge, and because Mr. Santana Brum's criminal proceedings cannot continue in his absence, he may never be permitted to return.

## CLAIMS FOR RELIEF

### COUNT I – WRIT OF HABEAS CORPUS *AD PROSEQUENDUM* OR *AD TESTIFICANDUM*

27. The foregoing allegations are re-alleged and incorporated herein.

28. The Barnstable District Court requires Mr. Santana Brum's appearance on June 25, 2025 and at a trial date to be set in the very near future.

29. The Barnstable District Court has issued a writ of habeas corpus requiring that Mr. Santana Brum be transported to court on June 25, 2025.

30. On information and belief, neither ICE nor the Plymouth Sheriff will transport Mr. Santana Brum to court on June 25, 2025 or on any future trial date unless this Court orders that such transportation occur by issuing a federal writ of habeas corpus *ad prosequendum* or *ad testificandum*, or other order, in aid of the Barnstable District Court's existing writs, including pursuant to 28 U.S.C. § 2241(c)(5). This Court is empowered to issue the writ in order to ensure the orderly operation of the criminal legal system, as the writ need not be premised on any violation of state or federal law by either

state or federal authorities. See, e.g., *Carbo v. United States*, 364 U.S. 611 (1961); *Muhammad v. Warden, Baltimore Cnty. Jail*, 849 F.2d 107, 114 (4th Cir. 1988).

## **PRAYER FOR RELIEF**

Wherefore, Petitioner respectfully asks this Court to GRANT the following relief:

1. A writ of habeas corpus *ad prosequendum* or, alternatively, a writ of habeas corpus *ad testificandum*, or other order, requiring that Respondent transport Mr. Santana Brum to the Barnstable District Court, in accordance with all writs and orders issued by that court, to appear on June 25, 2025 or at any future hearing date set by the Barnstable District Court;

2. A writ of habeas corpus *ad prosequendum* or, alternatively, a writ of habeas corpus *ad testificandum*, or other order, requiring that Respondent transport Mr. Santana Brum to each and every hearing, trial, or other court date calendared in case number 2525CR000205 by the Barnstable District Court;

3. Alternatively, a conditional writ of habeas corpus finding that Respondent's detention of Mr. Santana Brum without access to criminal process on pending charges is in violation of his rights to Due Process and ordering Respondent to arrange transportation to criminal hearings in case number 2525CR000205 or release Mr. Santana Brum during the pendency of the criminal proceedings.

Any further relief this Court deems just and proper.

By and through his counsel,

                                    _/s/Carl Hurvich/s/_
                                    Carl Hurvich, Esq. (MA B.B.O.698179)
                                    Brooks Law Firm
                                    10 High Street, Ste 3.
                                    Medford, MA 02155

(617) 245-8090
Carl@Brookslawfirm.com

VERIFICATION PURSUANT TO 28 U.S.C. § 2242

I am submitting this verification on behalf of the Petitioner because he is detained, and I am his attorney of record in this Court. I have reviewed the record in this matter, consulted affidavits and records obtained in the course of my office's representation of Petitioner. Based on personal knowledge and, on information and belief, I hereby verify that the factual statements made in the attached Petition for Writ of Habeas Corpus are true and correct to the best of my knowledge.

                                          */s/ Carl Hurvich /s/*

                                          Carl H. Hurvich, Esq.

                                          Counsel for Petitioner

**CERTIFICATE OF SERVICE**

I, Carl Hurvich, do hereby certify that on June 17, 2025, the *Petitioner's Reply to Respondent's Response to the Order to Show Cause* was served on the registered participants as identified on the Notice of Electronic Filing (NEF) through the electronic ECF system and paper copies will be sent to those indicated as non-registered participants.

                                                    Respectfully submitted,

Dated: June 17, 2025                        /s/Carl Hurvich/s/
                                                Carl Hurvich, Esq.
                                                Brooks Law Firm
                                                10 High Street, Ste. 3
                                                Medford, MA 02155
                                                (617) 245-8090
                                                Carl@BrooksLawFirm.com
                                                MA B.B.O. 698179