UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FERNANDO SANTANA BRUM,

Petitioner,

v.

Civil Action No. 1:25-cv-11624-WGY

JOSEPH D. MCDONALD, JR.,
Sheriff, Plymouth Sheriff's Office,

Respondent.

## [Proposed] TEMPORARY ORDER ADMITTING PETITIONER TO BAIL

*(Pending disposition of the Petition for Writ of Habeas Corpus)*

Upon review of this Court's June 23rd Order admitting the Petitioner to bail for the limited purpose of attending state-court hearings, and having considered the parties' submissions regarding appropriate conditions of release, the Court hereby ORDERS as follows:

1.  **Amount and Form of Bail.**

    Petitioner, who is currently in the custody of U.S. Immigration and Customs Enforcement

    ("ICE"), shall be released upon posting a cash bond in the amount of **five-hundred**

    **dollars (US $500.00)** with the Clerk of Court. No additional surety is required beyond

    counsel acting as custodian.

2.  **Custodial Responsibility.**

    Carl Hurvich, counsel of record, is designated **Custodian**. Counsel shall:

    o   accompany (or arrange secure transport for) Petitioner to each authorized state-

        court appearance; and

     o **return Petitioner immediately to ICE custody** at the conclusion of each such appearance, unless otherwise ordered by this Court.

3. **Scope of Release.**

Release under this Order is strictly limited to:

     o direct travel between the Plymouth House of Correction (or any other facility where Petitioner is detained) and the **Barnstable District Court of the Commonwealth of Massachusetts** for the duration of the scheduled proceedings; and direct return to federal custody. Petitioner is not permitted to go anywhere else, regardless of any order or decision issued by a state court.

     o Petitioner shall continue to comply with all existing state-court orders while traveling, attending, and returning from any hearing authorized herein.

4. **Remote (Zoom) Appearances.**

If the state court **permits videoconference appearance for any non-dispositive hearing,** Respondent shall facilitate Petitioner's remote participation, and in-person production shall not be required.

**In-person appearance remains mandatory** (absent contrary order of the state court) for:

     o any **trial,** and

     o any **hearing at which a plea or pleas may be entered or accepted**.

5. **72-Hour Transfer Notice.**

The Court's prior order that Petitioner **shall not be moved out of this District for at least seventy-two (72) hours after any notice of transfer is docketed** remains in full force and effect.

6. **Duration.**

This Temporary Bail Order shall remain effective until further order of the Court.

SO ORDERED.

Date: *July 3, 2025*

William G. Young
United States District Judge