UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FERNANDO SANTANA BRUM<br><br>  Plaintiff,<br><br>v.<br><br>Joseph D. McDonald, Jr., Sheriff<br>Plymouth County Sheriff's Office, MA;<br>Antone Moniz, Superintendent<br>Plymouth County Sheriff's Office, MA;<br>Kristi Noem, Secretary of the<br>Department of Homeland Security;<br>Todd Lyons, Assistant Secretary of<br>Immigration & Customs Enforcement;<br>Pamela Bondi, U.S. Attorney General;<br>Patricia Hyde, Boston Field Office Director<br>for Detention and Removal, ICE<br><br>  Respondents. | Civil Action No.<br>No. 1:25-cv-11624-WGY |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Petitioner now has a final order of removal from the United States and has declined to pursue any appeal. As such, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner Fernando Santana Brum, and Respondents, through undersigned counsel, hereby stipulate that this action, and all claims that are or could have been alleged based upon the facts set forth in the Petition by Petitioner against Respondents, are voluntarily dismissed in their entirety, each party to bear its own fees, costs, and expenses. The parties expressly agree that all orders preventing Petitioner's transfer and removal may be vacated and Petitioner's removal order may be executed as promptly as possible.

Dated: August 26, 2025

Respectfully Submitted,

| PETITIONER, | RESPONDENTS, |
|---|---|
| Through their attorney, | Through their attorney, |
| /s/ Carl Hurvich | /s/Nicole M. O'Connor |
| _____ | _____ |
| Carl Hurvich, Esq.<br>Brooks Law Firm<br>10 High Street – Suite 3<br>Medford, MA., 02155<br>617-245-8090<br>carl@brookslawfirm.com | Nicole M. O'Connor, Esq.<br>U.S. Attorney's Office<br>1 Courthouse Way<br>Boston, MA., 02210<br>617-748-3112<br>Nicole.O'Connor@usdoj.gov |

**CERTIFICATE OF SERVICE**

  I hereby certify that, on August 26, 2025, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rules of Civil Procedure 5(b)(2)(E) and 5(b)(3)

             */s/ Carl Hurvich*
             Carl Hurvich
             Attorney for Plaintiff