**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| Fernando Santana Brum,<br>    Petitioner | )<br>)<br>)<br>)<br>) | Civil Action<br>No.1:25-cv-11624-WGY |
| Joseph D. McDonald, Jr.,<br>    Respondent | )<br>)<br>)<br>) | |

### **ORDER OF DISMISSAL**

YOUNG, D.J.

    In accordance with the Stipulation of Dismissal entered on 8/26/2025 (docket entry # 18), it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

August 27, 2025                                                     /s/ Kellyann Belmont
Date                                                                Deputy Clerk